PLAINTIFF
RONALD EVANS
vs
FB/T MERCURY &
LVNV
ET AL

24-CV-1774

FILED

DEC 01 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(PRO SE)
PLAINTIFF
MOTION FOR JUDGEMENT

(PRO Se) PLAINTIFF RONALD M. EVANS MOVES THE COURT TO GRANT A JUDGEMENT AGAINST THE DEFENDANTS FB/T MERCURY AND LVNV ($2,500,000) PLUS $405 IN COURT COSTS. AT THIS TIME PER EXHIBIT I DATED 10/10/2025 AND EXHIBIT K DATED 11/19/25 THE DEFENDANTS HAVE NOT REMOVED ALL NEGATIVE INFORMATION FROM THE PLAINTIFF'S CREDIT FILE, NOR HAS IT CHANGED IT'S CREDIT INFORMATION TO REFLECT ANY POSITIVE ASPECTS OF THE DEBT SETTLEMENT AGREEMENT (014) EXHIBIT A WHICH IN ACCORDANCE WITH EXHIBIT F (FAIR DEBT COLLECTION PRACTICES ACT) (FDPCA) IN ADDITION (FAIR CREDIT REPORTING ACT) (FCRA) GIVES THE CONSUMER (PLAINTIFF) THE RIGHT TO HOLD THEM ACCOUNTABLE FOR KNOWINGLY REPORTING FALSE OR OUTDATED INFORMATION. THEY (DEFENDANTS) MAY BE HELD LIABLE FOR THE FULL AMOUNT OF THE CIVIL SUIT. TODAY NOV. 29TH 2025 (PRO Se PLAINTIFF) HUMBLY ASKS THE COURT TO GRANT HIS MOTION FOR JUDGEMENT AGAINST THE DEFENDANTS AND IN PLAINTIFF'S FAVOR

24-CV-1774    Pg 2

(PRO Se PLAINTIFF) MOTION FOR JUDGEMENT

AT THIS TIME.

PLAINTIFF WOULD ASK THE COURT TO USE IT'S FULL WEIGHT AND POWER OF THE FEDERAL JUDICIAL SYSTEM TO ENFORCE JUDGEMENT UPON THE DEFENDANTS WHICH INCLUDES THE ORDER FOR IMMEDIATE DISBURSMENT FOR PAYMENT TO THE PLAINTIFF.

PLEASE SEE ATTACHED SUPPORTING DOCUMENTS
    EXHIBITS A, F, I, K
PLUS ATTACHED    EXHIBIT J.
SUPPORTING DOCUMENT

(1)

RONALD M. EVANS
1035 N. LONG AVE
CHICAGO IL 60651
(773) 609-8008
(EMAIL) RE195742@GMAIL.COM

EXHIBIT A

# DEBT SETTLEMENT AGREEMENT PLAN (014)

This Debt Settlement Agreement is being written on behalf of RONALD M. EVANS

For settlement of debt for closed Account #5230810069444472 with the CREDITOR

being FB/T MERCURY FINANCIAL and there address being p.o. box 84064, COLUMBUS GA. 31906-4064

With MR. EVANS SR. residing at 1035 N.Long ave.Chicago,ILLINOIS 60651

MR. EVANS is offering and authorizing payment of $40 as SETTLEMENT

OF ALL OF THE CURRENT DEBT for the Aforementioned closed account.

## TERMS AND CONDITIONS:

1) Upon acceptance of payment to FB/T agree's to consider Above account PAID IN FULL/ PAID AS AGREED. And shall cease all Collection Activity. Which includes Calls, Assignment of Acct. To Agency, Seeking Muncipal Judgement, and All other Legal Actions.

2) FB/T agree's to consider above closed account, PAID On TIME, PAID AS AGREED/ SETTLED. PAID IN FULL, The Debt shall be Written -off by FB/T.

3) FB/T agree's to Report Above closed account as PAID IN FULL,PAID AS AGREED to ALL (23) credit bureaus: including TRANSUNION, EQUIFAX, EXPERIAN for the next 80yrs(eighty)

4) FB/T agree's not to pursue any municipal judgements in regard to this account

as it shall be Deemed PAID IN FULL, PAID AS AGREED/ SETTLED

5) FB/T AGREE'S to Stop IMMEDIATELY. ALL listing, Posting, And Sending of ANY NEGATIVE information. In regard to Aforementioned Account #5230810069444472.Which includes Listing it as closed Account as such qualifies it for IMMEDIATE DELETION FROM THE CREDIT FILE. With All (23) Credit Bureaus, Including Transunion, Equifax, Experian for the Next 80yrs.(eighty).

6) FB/T Agree's and Affirms with Acceptance of Agreement Plan With it's Company Stamp and or ACCEPTANCE of Payment, this Debt Settlement Agreement Plan

(014). Mr. EVANS Agree's to relase Payment. Said **PAYMENT MAY NOT BE ALTERED IN ANY WAY BY THE CREDITOR (FB/T Mercury).**

7) FB/T Agree's that ALL legal activity with regard to Municipal Judgement, SHALL CEASE AND DESIST.

8) It is Agreed that with All Terms and Conditions Being Met, both MR. EVANS and FB/T Mercury AFFIRM that the Debt for Aforementioned Account Shall be Deemed SETTLED.

PAYMENT (MR. EVANS) AND ACCEPTANCE (FB/T MERCURY) is the ESSENCE of this agreement, satisfies ALL TERMS and CONDITIONS being met. Any breach by either party may cause additional Legal Action.

*Ronald M Evans*        \_\_\_\_FB/T MERCURY FINANCIAL\_\_\_\_\_

(RONALD M. EVANS)        FB/T MERCURY FINANCIAL

8/30/2022

**NOT NEGOTIABLE FOR REMOTE DEPOSIT VIA MOBILE DEVICE**

24-CV-1774
EXHIBIT J

ACCEPTANCE OF THIS PAYMENT PLS CONSTITUTES ACCEPTANCE OF ALL TERMS AND CONDITIONS OF DEBT SETTLEMENT AGREEMENT PLAN (014) BEING MET

08/30/2022
IL 11

(CREDITOR MAY NOT ALTER)

PAY EXACTLY **THIRTY DOLLARS** **00 CENTS** ***$40.00***

PLS
Payable Through:
BancFirst
Stratford, Oklahoma
86-490 / 1031

TO VERIFY:
CALL (855) 856-9757

ACCT # 5230-8100-6944-4472
PAT MERCURY CARDMEMBER SERVICE

PAY TO THE ORDER OF: RONALD M. EVANS

FROM

WARNING: THIS DOCUMENT CONTAINS NUMEROUS SECURITY FEATURES. SEE VERIFICATION INSTRUCTIONS ON BACK.

NOTICE TO HOLDER: DRAWEE NOT LIABLE ON STOP PAYMENT.
NO REPLACEMENT FOR 30 DAYS FROM PURCHASE. RE-ISSUE FEE APPLIES.
PURCHASER AGREES TO INSERT NAME OF PAYEE AND IS SOLELY RESPONSIBLE FOR FAILURE TO DO SO.
NO REFUND WITHOUT MONEY ORDER STUB.

1104829222

⑆103104900⑆ 4550 ⑈1104829222⑈

*Details:* Trace 2538371880 Serial 1104829222 Cleardate 2022-09-07 Account 4550 Amount $40.00
BOFD 091000019
Item Trace=2538371880 Cleardate 2022-09-07
5/5/25, 2:43 PM



R 08-20-20

**SERVICE CHARGE**
If the Money Order is not used, cashed, or presented for payment within 1 year (3 years for CA) of purchase date, a non-refundable Service Charge will be deducted from the amount of payment shown on the front of this Money Order (unless prohibited by law). This Service Charge is $2.00 per month (exceptions - TX $1 per month, CA $.25 per month) from the date of purchase, but not to exceed $168.00 (TX $84, CA $21) in total or such lesser amounts as permitted by applicable law.

For Questions concerning this Money Order please call the phone number listed on the front of this money order.

FOR TEXAS MONEY ORDERS ONLY:
Complaints concerning sale of checks activities should be directed to Texas Department of Banking, 2601 North Lamar Boulevard, Austin, TX 78705. 1-877-276-5554 Toll Free. www.dob.texas.gov

**LIMITED RECOURSE**
This Money Order will not be paid if it has been Forged, Altered or Stolen. Recourse is only against the endorser.

X_____
Payee Endorsement

Wells Fargo Bank >518207450 < 09062022
Mercury 52308100694444472 at Wells Fargo Bank



**Security features on this instrument meet or exceed industry guidelines.**

- Pink PLS fades with heat. Hold between thumb & forefinger or breathe on logo. PLS image should fade & reappear.
- Fluorescent orange money order logo should glow under UV light. ORIGINAL SECURE hidden message appears.
- PLS watermark logo pattern on back of instrument should be visible at an angle and will darken if scratched with a coin.
- Paper contains invisible fibers that are revealed and glow under black light.
- Hidden VOIDS appear across document if it has been reproduced or scanned.

RONALD M. EVANS
VS
FB/T MERCURY
AND
LVNV FUNDING

24-CV-1774

EXHIBIT F

(FAIR DEBT COLLECTION PRACTICES ACT)
THE (FDPCA) - GRANTS THE CONSUMER THE RIGHT TO NEGOTIATE SETTLEMENT IN REGARD TO DEBT.

IN ADDITION:
THE FCRA - GIVES THE CONSUMER THE RIGHT TO HOLD THE DEBT COLLECTOR/CREDITOR (TO HOLD THEM ACCOUNTABLE) FOR KNOWINGLY REPORTING FALSE OR OUTDATED INFORMATION AND FAILING TO CORRECT INACCURATE INFORMATION.
THEY MAY BE HELD LIABLE

FILED
AUG -1 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*** 338355522-100 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

24-CV-1774
EXHIBIT 1
10/10/2025


Information for Goo[d]

PMJUJL00101850-I025969-255374699

RONALD MAURICE EVANS SR
1035 N LONG AVE
CHICAGO, IL 60651-2832

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

**RECEIVED**

**NOV 10 2025**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed [to] providing the complete and reliable credit information that you need to participate in everyday transactions a[nd] purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate [the] data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, 24 hours a day, 7 days a week. [You] must have an active email address to use the online service. Please note that your email address will only be used [for] communicating with you regarding your request and the results of our investigation. Your email address will not be sha[red] with any non-TransUnion entities.

**To submit an online request for investigation:**

Step 1. Go to the TransUnion online investigation service at http://transunion.com/disputeonline
Step 2. Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we comp[lete] our investigation and your results will be available online. You can check the status of your investigation online by logg[ing] into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you [can] add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

**FB&T/MERCURY FINANCIAL** #5230810069.44**** ( P O BOX 84064, COLUMBUS, GA 31908, (866) 686-2158 )

| | | |
|---|---|---|
| Date Opened: 12/17/2021 | Balance: $0 | Pay Status: ›Sold; was Charged-off‹ |
| Responsibility: Individual Account | Date Updated: 12/22/2022 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 08/16/2022 |
| Loan Type: CREDIT CARD | Last Payment Made: 09/02/2022 | ›Maximum Delinquency of 120 days in 09/2022 and in 10/2022‹ |
| | High Balance: $3,083 | |
| | Original Charge-off: $2,351 | |
| | Credit Limit: $2,500 | |

**Account Sale Info:** ACCOUNT SOLD TO RESURGENT CAPITAL SERVICES LLC
**Remarks:** PURCHASED BY ANOTHER LENDER; ›PAID IN FULL/WAS A CHARGE OFF‹
**Estimated month and year that this item will be removed:** 04/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

Case: 1:24-cv-01774 Document #: 43 Filed: 12/01/25 Page 8 of 10 PageID #:91

24-CV-1774 Pg 1
EXHIBIT K

*** 338355522-104 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

11/19/2025

tu
Information for Good.

PMQHLH00201396-1021059-257724438

RONALD MAURICE EVANS SR
1035 N LONG AVE
CHICAGO, IL 60651-2832

RECEIVED

DEC 01 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear RONALD MAURICE EVANS SR,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

| File Number: | 338355522 | Page 5 of 8 |
|---|---|---|
| Date Issued: | 11/19/2025 | |

24-cv-1774
EXHIBIT K

## Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

### FB&T/MERCURY FINANCIAL #523081006944**** ( P O BOX 84064, COLUMBUS, GA 31908, (866) 686-2158 )

We investigated the information you disputed and updated: **Last Payment Made; Remarks**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 12/17/2021 | Balance: | $0 | Pay Status: | >Sold; was Charged-off< |
| Responsibility: | Individual Account | Date Updated: | 12/22/2022 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Payment Received: | 09/06/2022 ($0) | Date Closed: | 08/16/2022 |
| Loan Type: | CREDIT CARD | Last Payment Made: | 09/06/2022 | >Maximum Delinquency of 120 days in |
| | | High Balance: | $3,083 | | 09/2022 and in 10/2022< |
| | | Original Charge-off: | $2,351 | | |
| | | Credit Limit: | $2,500 | | |

Account Sale Info: ACCOUNT SOLD TO RESURGENT CAPITAL SERVICES LLC
Remarks: PURCHASED BY ANOTHER LENDER
Estimated month and year that this item will be removed: 04/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |