IC

(PRO Se Plaintiff)            24-CV-1774            2-04-26
RONALD M. EVANS SR.
VS
FB/T MERCURY AND LVNV

## PLAINTIFF MOTION FOR JUDGMENT

(PRO Se)Plaintiff Ronald M. Evans Sr. moves the court to Grant A Judgment against the Defendants FB/T Mercury and LVNV for the FULL AMOUNT OF THE LAWSUIT Plus court costs. At this time Per Exhibit I dated 10/10/2025 and Exhibit K dated 11/19/2025. The Defendants have not REMOVED ALL NEGATIVE information from the Plaintiffs credit file, NOR has it changed its credit information to reflect any positive aspect of the DEBT SETTLEMENT AGREEMENT (014) Exhibit A, which in accordance with Exhibit F (FAIR DEBT COLLECTION PRACTICES ACT) (FDPCA)which grants the consumer the right to negotiate Settlement in regard to Debt. SEE EXHIBIT J Acceptance of payment with proof of (DEFENDANT)cashing.

        In Addition (FAIR CREDIT REPORTING ACT)(FCRA) gives the consumer (plaintiff) the Right to hold them Accountable for Knowingly reporting False or outdated information. They (Defendants) **MAY BE HELD LIABLE FOR THE FULL AMOUNT OF THE CIVIL SUIT.** Today February 4,2026 Plaintiff has been in touch with the Defendants Attorney when we went before Judge Kness on January 27th 2026. Judge Appenteng I have issued a limited Authorization to Attorney Foster. Plaintiff has also filed a motion for release of the Defendants evidenciary file which you have blocked on 1-23-26. Please See Enclosed copies. This Leaves me with A renewed request to ask the COURT for a Judgment against the DEFENDANTS ALONG with An order for the immediate PAYMENT in FULL AMOUNT OF THE SUIT.
SUPPORTING DOCUMENTS EXHIBITS A,F,I,J,K AND COPY OF LIMITED AUTHORIZATION WITH COPY OF RELEASE OF EVIDENCIARY FILE.
                Sincerely,
                    RONALD M. EVANS SR.
                    1035 N. LONG AVE
                    CHICAGO ILLINOIS 60651
            Phone (773)609-8008
            Email RE195742@gmail.com

FILED

FEB 06 2026 PJS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# DEBT SETTLEMENT AGREEMENT PLAN (014)

This Debt Settlement Agreement is being written on behalf of RONALD M. EVANS

For settlement of debt for closed Account #5230810069444472 with the CREDITOR

being FB/T MERCURY FINANCIAL and there address being p.o. box 84064, COLUMBUS GA. 31906-4064

With MR. EVANS SR. residing at 1035 N.Long ave.Chicago,ILLINOIS 60651

MR. EVANS is offering and authorizing payment of $40 as SETTLEMENT

OF ALL OF THE CURRENT DEBT for the Aforementioned closed account.

## TERMS AND CONDITIONS:

1) Upon acceptance of payment to FB/T agree's to consider Above account PAID IN FULL/ PAID AS AGREED. And shall cease all Collection Activity. Which includes Calls, Assignment of Acct. To Agency, Seeking Muncipal Judgement, and All other Legal Actions.

2) FB/T agree's to consider above closed account, PAID On TIME, PAID AS AGREED/ SETTLED. PAID IN FULL, The Debt shall be Written -off by FB/T.

3) FB/T agree's to Report Above closed account as PAID IN FULL,PAID AS AGREED to ALL (23) credit bureaus: including TRANSUNION, EQUIFAX, EXPERIAN for the next 80yrs(eighty)

4) FB/T agree's not to pursue any municipal judgements in regard to this account

as it shall be Deemed PAID IN FULL, PAID AS AGREED/ SETTLED

5) FB/T AGREE'S to Stop IMMEDIATELY. ALL listing, Posting, And Sending of ANY NEGATIVE information. In regard to Aforementioned Account #5230810069444472.Which includes Listing it as closed Account as such qualifies it for IMMEDIATE DELETION FROM THE CREDIT FILE. With All (23) Credit Bureaus, Including Transunion, Equifax, Experian for the Next 80yrs.(eighty).

6) FB/T Agree's and Affirms with Acceptance of Agreement Plan With it's Company Stamp and or ACCEPTANCE of Payment, this Debt Settlement Agreement Plan

(014). Mr. EVANS Agree's to relase Payment. Said PAYMENT MAY NOT BE ALTERED IN ANY WAY BY THE CREDITOR (FB/T Mercury).

7) FB/T Agree's that ALL legal activity with regard to Municipal Judgement, SHALL CEASE AND DESIST.

8) It is Agreed that with All Terms and Conditions Being Met, both MR. EVANS and FB/T Mercury AFFIRM that the Debt for Aforementioned Account Shall be Deemed SETTLED.

PAYMENT (MR. EVANS) AND ACCEPTANCE (FB/T MERCURY) is the ESSENCE of this agreement, satisfies ALL TERMS and CONDITIONS being met. Any breach by either party may cause additional Legal Action.

_Ronald M Evans_          _____FB/T MERCURY FINANCIAL_____

(RONALD M. EVANS)          FB/T MERCURY FINANCIAL

8/30/2022



RONALD M. EVANS
VS
FB/T MERCURY
AND
LVNV FUNDING

24-CV-1774

EXHIBIT F

(FAIR DEBT COLLECTION PRACTICES ACT)
THE (FDPCA) - GRANTS THE CONSUMER THE
RIGHT TO NEGOTIATE SETTLEMENT IN REGARD
TO DEBT.

IN ADDITION:
THE FCRA - GIVES THE CONSUMER TH
RIGHT TO HOLD THE DEBT COLLECTOR / CREDITO
(TO HOLD THEM ACCOUNTABLE)
FOR KNOWINGLY REPORTING FALSE OR OUTDATE
INFORMATION AND FAILING TO CORRECT
INACCURATE INFORMATION.
THEY MAY BE HELD LIABLE

FILED
AUG -1 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| RONALD M. EVANS SR.<br>VS<br>FB/T MERCURY, LVNV | MOTION FOR RELEASE OF DISCOVERY FILE | 24-CV-1774 |

    (PRO Se) PLAINTIFF would like to motion the court to require the Defendant to release ALL evidenciary Documents, Files, photographs or videos, reports including any witness list which it has in its possession against the plaintiff. ALL which to be sent Directly to him at the enclosed address.

                      SINCERELY,
                      (PRO Se) PLAINTIFF RONALD M. EVANS SR.
                      1035 N. LONG AVE
                      CHICAGO ILLINOIS 60651
                      EMAIL
                      phone #(773)609-8008

RECEIVED
JAN 23 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

```
*** 338355522-100 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805
```



24-CV-1774
EXHIBIT I
10/10/2025

(tu)
Information for Goo[d]

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

PMIUJL00101850-I025969-255374699

RONALD MAURICE EVANS SR
1035 N LONG AVE
CHICAGO, IL 60651-2832

**RECEIVED**

**NOV 10 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer cre[dit] information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed [to] providing the complete and reliable credit information that you need to participate in everyday transactions a[nd] purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate [the] data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** [You] must have an active email address to use the online service. Please note that your email address will only be used [for] communicating with you regarding your request and the results of our investigation. Your email address will not be sha[red] with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.** Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.** Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we comp[lete] our investigation and your results will be available online. You can check the status of your investigation online by log[ging] into your account.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you [can] add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

**FB&T/MERCURY FINANCIAL** #523081006944**** ( P O BOX 84064, COLUMBUS, GA 31908, (866) 686-2158 )

| | |
|---|---|
| Date Opened: | 12/17/2021 |
| Responsibility: | Individual Account |
| Account Type: | Revolving Account |
| Loan Type: | CREDIT CARD |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/22/2022 |
| Payment Received: | $0 |
| Last Payment Made: | 09/02/2022 |
| High Balance: | $3,083 |
| Original Charge-off: | $2,351 |
| Credit Limit: | $2,500 |

| | |
|---|---|
| Pay Status: | ›Sold; was Charged-off‹ |
| Terms: | Paid Monthly |
| Date Closed: | 08/16/2022 |
| | ›Maximum Delinquency of 120 days in 09/2022 and in 10/2022‹ |

**Account Sale Info:** ACCOUNT SOLD TO RESURGENT CAPITAL SERVICES LLC
**Remarks:** PURCHASED BY ANOTHER LENDER; ›PAID IN FULL/WAS A CHARGE OFF‹
Estimated month and year that this item will be removed: 04/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

*** 338355522-104 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

11/19/2025

*EXHIBIT K*

24-CV-1774

.tu
Information for Good.

PMQHLH00201396-1021059-257724438

RONALD MAURICE EVANS SR
1035 N LONG AVE
CHICAGO, IL 60651-2832

Dear RONALD MAURICE EVANS SR,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number: 338355522
Date Issued: 11/19/2025

Page 5 of 8

24-cv-1774
EXHIBIT K

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**FB&T/MERCURY FINANCIAL #523081006944****** ( P O BOX 84064, COLUMBUS, GA 31908, (866) 686-2158 )
We investigated the information you disputed and updated: **Last Payment Made; Remarks**. Here is how thi item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: 12/17/2021 | Balance: $0 | Pay Status: >Sold; was Charged-off< |
| Responsibility: Individual Account | Date Updated: 12/22/2022 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: 09/06/2022 ($0) | Date Closed: 08/16/2022 |
| Loan Type: CREDIT CARD | Last Payment Made: 09/06/2022 | >Maximum Delinquency of 120 days in 09/2022 and in 10/2022< |
| | High Balance: $3,083 | |
| | Original Charge-off: $2,351 | |
| | Credit Limit: $2,500 | |

Account Sale Info: ACCOUNT SOLD TO RESURGENT CAPITAL SERVICES LLC
Remarks: PURCHASED BY ANOTHER LENDER
Estimated month and year that this item will be removed: 04/2029

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

EXHIBIT

(PRO Se Plaintiff) Ronald M. Evans SR.    24-cv-1774    2-04-26
VS
FB/T MERCURY AND LVNV

# LIMITED   AUTHORIZATION

I RONALD M. EVANS SR. agree to grant Nabil Foster of Barron and Newburger, P.C

LIIMITED AUTHORITY (They may only examine the FB/T Mercury credit account) on my Transunion credit report only file #3383555522-104. In addition they may look at the consumer inquiries back to 2023 only. This is all I will authorize. No other sections or parts of the credit report Can be Accessed or Retrieved, Copied, nor facsimile, Emailed and or downloaded.

The Remainder of the Credit Report are to be Protected by the Consumer Privacy Protection Laws. Any Violation of this authorization will be met with Legal action

LAST FOUR SS# ( 5447)

*Ronald M Evans Sr.* (signature)

RONALD M, EVANS SR.        NABIL FOSTER

1035 N. LONG AVE          ATTY #
CHICAGO IL. 60651
PHONE(773)609-8008
EMAIL RE195742@GMAIL.COM

**RECEIVED**

FEB 06 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OFFICIAL SEAL
JESSICA AGUIRRE
Notary Public, State of Illinois
Commission No. 980874
My Commission Expires November 07, 2027

State of Illinois
County of Cook
This instrument was acknowledged before me on 2/4/26 only
By: Ronald M Evans, SR.